Kenneth W. Harper
Menke Jackson Beyer
  Ehlis & Harper, LLP
807 North 39th Avenue
Yakima, WA  98902
(509) 575-0313
Attorneys for defendant
City of Spokane Valley

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT HEITMAN, J.R. individually and on behalf of the marital community, and CONKLIN DEVELOPMENT, a Washington general partnership, | NO. |
| Petitioner/Plaintiff, | NOTICE OF REMOVAL OF ACTION: UNDER 28 U.S.C. §1441(b) (FEDERAL QUESTION) |
| vs. | |
| CITY OF SPOKANE VALLEY, a political subdivision of the State of Washington, | |
| Respondent/Defendant. | [From Superior Court of the State of Washington in and for Spokane County] |
| SPOKANE COUNTY LIBRARY DISTRICT, a Washington Special Purpose District, | |
| Additional Named Party. | |

TO:   CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that defendant City of Spokane Valley ("defendant") hereby removes to this Court the state court action described below:

NOTICE OF REMOVAL OF ACTION - 1

**MENKE JACKSON BEYER
EHLIS & HARPER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

1. An action was commenced in the Superior Court of the State of Washington for Spokane County entitled <u>Robert Heitman, J.R., individually and on behalf of the marital community, and Conklin Development, a Washington General Partnership v. City of Yakima, a political subdivision of the State of Washington; and Spokane County Library District, a Washington Special Purpose District</u>, attached hereto as Exhibit "A."

2. The first date upon which defendant City of Spokane Valley received a copy of the said complaint was February 10, 2009, when defendant City of Spokane Valley was served with a copy of the said complaint and a summons pertaining to the same. A copy of the summons is attached hereto as Exhibit B.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one that may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under the Fourteenth Amendment of the United States Constitution and 42 U.S.C. 1983.

4. All other defendant(s) who have been served with Summons and Complaint have joined in this Notice of Removal, as evidenced by the Joinder of Spokane County Library District, filed concurrently herewith.

NOTICE OF REMOVAL OF ACTION - 2

5. All other pleadings filed in the State Court action are attached hereto as Exhibit "C."

DATED THIS 9th day of March, 2009.

                              s/KENNETH W. HARPER
                              WSBA #25578
                              Attorney for Defendants
                              City of Spokane Valley
                              Of Menke Jackson Beyer Ehlis
                               & Harper, LLP
                              807 North 39th Avenue
                              Yakima, Washington 98902
                              Telephone: (509) 575-0313
                              Fax: (509) 575-0351
                              Email: kharper@mjbe.com

NOTICE OF REMOVAL OF ACTION - 3

CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2009, I electronically filed the foregoing with the Clerk of the Court via newcases@waed.uscourts.gov, which will send notification of such filing to the following:

Stacy A. Bjordahl
sbjordahl@pblaw.biz

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

> s/KENNETH W. HARPER
> WSBA #25578
> Attorney for Defendants
> City of Spokane Valley
> Of Menke Jackson Beyer Ehlis
> & Harper, LLP
> 807 North 39th Avenue
> Yakima, Washington 98902
> Telephone: (509) 575-0313
> Fax: (509) 575-0351
> Email: kharper@mjbe.com

NOTICE OF REMOVAL OF ACTION - 4

**MENKE JACKSON BEYER EHLIS & HARPER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351