1  James C. Sloane
   Philip S. Brooke
2  PAINE HAMBLEN LLP
   717 West Sprague Avenue, Suite 1200
3  Spokane, Washington 99201-3505
   (509) 455-6000
4  (509) 838-0007 (facsimile)
   james.sloane@painehamblen.com
5
   Attorneys for Additional Named Party
6

7

8                   **UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF WASHINGTON**
9
                                              )
10 ROBERT HEITMAN, J.R. individually          )  No. CV-09-70-FVS
   and on behalf of the marital community,    )
11 and CONKLIN DEVELOPMENT, a                 )  **ORDER OF DISMISSAL WITHOUT**
   Washington general partnership,            )  **PREJDUCE OF ADDITIONAL**
12                                            )  **NAMED PARTY SPOKANE**
              Petitioner/Plaintiff,           )  **COUNTY LIBRARY DISTRICT**
13                                            )
   vs.                                        )
14                                            )
   CITY OF SPOKANE VALLEY, a                  )
15 political subdivision of the State of      )
   Washington,                                )
16                                            )
              Respondent/Defendant.           )
17                                            )
   SPOKANE COUNTY LIBRARY                     )
18 DISTRICT, a Washington Special             )
   Purpose District,                          )
19                                            )
              Additional Named Party.         )
20

21

22         On hearing the Parties' Stipulated Motion for Dismissal without Prejudice of

23 Additional Named Party Spokane County Library District and the Court being fully

24 advised in the premises, it is

25

26

27 ORDER OF DISMISSAL                                          *PAINE HAMBLEN LLP*
   WITHOUT PREJDUCE OF                                717 WEST SPRAGUE AVENUE, SUITE 1200
28 ADDITIONAL NAMED PARTY                      SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000
   SPOKANE COUNTY LIBRARY
   DISTRICT  - PAGE 1

ORDERED that **Court Rec. 19 is GRANTED**. The above entitled action is dismissed as to the Additional Named Party, Spokane County Library District, without prejudice, and without costs to any party, and it is

FURTHER ORDERED, that jurisdiction pursuant to RCW chapter 36.70C, the Land Use Petition Act, remains in the United States District Court for the Eastern District of Washington. The action against the other Defendants remains pending.

DATED this 5th day of October, 2009.

*s/ Fred Van Sickle*
The Honorable Fred Van Sickle

Presented By:

PAINE HAMBLEN LLP


By:/s/ JAMES C. SLOANE
  James C. Sloane, WSBA No. 2994
  Philip S. Brooke, WSBA No. 4580
  Attorneys for Additional Named Party
  717 W. Sprague Ave., Suite 1200
  Spokane, Washington 99201
  Telephone: 509-455-6000
  Facsimile: 509-838-0007
  james.sloane@painehamblen.com