UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT HEITMAN, J.R., individually and on behalf of the marital community, and CONKLIN DEVELOPMENT, a Washington general partnership,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SPOKANE VALLEY, a political subdivision of the State of Washington,<br><br>　　　　　　　Defendant. | No. CV-09-0070-FVS<br><br>ORDER GRANTING STIPULATED MOTION FOR PARTIAL DISMISSAL OF LAND USE PETITION ACT CLAIMS |

**THIS MATTER** came before the Court on the parties' stipulated motion for the dismissal of particular requests for relief set forth in Plaintiffs' Land Use Petition with Complaint for Damages. (Ct. Rec. 24).

**ORDER**

Pursuant to the Parties' Stipulation for Partial Dismissal of Land Use Petition Act Claims (Ct. Rec. 24), **IT IS HEREBY ORDERED** that the relief sought on page 10 of Plaintiffs' Land Use Petition with Complaint for Damages; specifically, Paragraph 7.1 and request (1.), is **DISMISSED**. Plaintiffs' remaining requests for relief remain at issue. Accordingly, the parties' stipulated motion for the dismissal (**Ct. Rec. 24**) is **GRANTED.**

///

ORDER . . . - 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this   29th   day of October, 2009.

    S/Fred Van Sickle
    Fred Van Sickle
    Senior United States District Judge